UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TAMMY M. KLEIN,

    Petitioner,

    v.

WARDEN, OHIO REFORMATORY
FOR WOMEN,

    Respondent.

Case No. 2:15–cv–782
Judge Michael H. Watson
Magistrate Judge King

## ORDER

On October 6, 2015, the Magistrate Judge recommended that Respondent's Motion to Dismiss, ECF No. 6, be granted and that this action be dismissed as either procedurally defaulted or without merit. Report & Recommendation, ECF No. 10. Although the parties were advised of the right to object to that recommendation, and of the consequences of their failure to do so, no objections have been filed.

The Report and Recommendation, ECF No. 10, is **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss, ECF No. 6, is **GRANTED**. This action is hereby **DISMISSED** as either procedurally defaulted or without merit.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT